## Case No. 13,193.

### SOUTHWESTERN R. R. BANK v. PARSONS et al.

[Cited in Hugh v. McRae, Case No. 6,840. Nowhere reported; opinion not now accessible.]